# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422−1 | User: settlesvj | Date Created: 10/4/2021 |
| Case: 21−01057−KHK | Form ID: B250 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Stephen A. Metz   smetz@offitkurman.com

TOTAL: 1