**Notice Recipients**

District/Off: 0422–1 | User: settlesvj | Date Created: 10/4/2021
Case: 21–01057–KHK | Form ID: initsc | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Stephen A. Metz    smetz@offitkurman.com

TOTAL: 1