Stephen Metz, Esq. VSB # 89738
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
*Counsel for Plaintiff Paul Gleit*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | |
| **TAYLOR MADISON FRANCOIS BODINE** | Case No.  21-11238-KHK |
| | Chapter 7 |
| Debtor | |
| **PAUL GLEIT,** | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-01057-KHK |
| **TAYLOR MADISON FRANCOIS BODINE** | |
| Defendant/Debtor. | |

### CERTIFICATE OF SERVICE OF COMPLAINT,
### SUMMONS AND INITIAL SCHEDULING ORDER

I, Stephen A. Metz, of Bethesda, Maryland certify:

That I am, and at all times hereinafter mentioned was, 18 years of age or older;

That on the 4th day of October, 2021, I served a copy of the Summons and Notice of

Pre-Trial Conference, and Scheduling Order together with the Complaint filed in this proceeding,

by regular first-class U.S. mail, postage pre-paid, on:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176

And a courtesy copy was sent via regular first-class U.S. mail, postage pre-paid to:

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
*Counsel for Debtor*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>10/05/2021</u>                                                                 <u>*/s/ Stephen A. Metz*        </u>
                Date                                                                                              Signature

| | |
|---|---|
| Print Name: | <u>Stephen A. Metz, Esq.         </u> |
| Business Address: | <u>Offit Kurman, P.A.              </u> |
| | <u>7501 Wisconsin Ave, Suite 1000W</u> |
| City: | <u>Bethesda                               </u> |
| State: | <u>Maryland                              </u> |
| Zip: | <u>20814                                   </u> |

4817-5867-1101, v. 1