**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| *In re:* | )<br>)<br>) Case No. 21-11238-KHK |
| TAYLOR MADISON FRANCOIS BODINE, | )<br>)<br>) Chapter 7 |
| Debtor. | )<br>) |
| PAUL GLEIT, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Adv. Proc. No. 21-01057-KHK |
| TAYLOR MADISON FRANCOIS BODINE, | )<br>)<br>) |
| Defendant. | )<br>) |

## **NOTICE OF DEBTOR'S MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that on November 3, 2021, Taylor Madison Francois Bodine (the "**Debtor**") filed her Debtor's Motion to Dismiss the Complaint (the "**Motion**") [A.P. Docket No. 6].

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the *Motion*, then **on or before November 30, 2021,** you or your attorney **must**:

• File with the Clerk of Court, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, VA 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).

• You must also send a copy of any written response to:

Stephen E. Leach, Esq.
HIRSCHLER FLEISCHER PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
*Counsel for Taylor Madison Francois Bodine*

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the Motion without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

• **You must also attend the hearing presently scheduled for TUESDAY, December 7, 2021, beginning at 9:30 a.m.,** before the Honorable Klinette H. Kindred, United States Bankruptcy Judge, 200 South Washington Street, Alexandria, Virginia 22314.

**Continuing until further notice, unless otherwise ordered, all proceedings before Judge Klinette Kindred including the hearing on the Motion will be conducted by video conference via Zoom for Government.** Parties wishing to participate in hearings via Zoom for Government must transmit, via e-mail, a completed PDF-fillable request form, found at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=871 to EDVABK-ZOOM-Judge_Kindred@vaeb.uscourts.gov.  Absent compelling circumstances, the request form must be submitted no later than **two (2) business days prior** to the hearing or proceeding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further notice to you.

Dated:  November 3, 2021  Respectfully submitted,

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8900
Facsimile:    (703) 584-8901
Email: sleach@hirschlerlaw.com

*Counsel for Taylor Madison Francois Bodine*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, a true and correct copy of the foregoing Notice of Debtor's Motion to Dismiss the Complaint was filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all registered ECF users appearing in this adversary proceeding.

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)

13461362.1  045740.00001