**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **TAYLOR MADISON FRANCOIS BODINE** ) | Case No. 21-11238-KHK |
| ) | Chapter 7 |
| **Debtor** ) | |
| ) | |
| ) | |
| **PAUL GLEIT,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Adversary Proceeding |
| ) | No. 21-01057-KHK |
| **TAYLOR MADISON FRANCOIS BODINE** ) | |
| ) | |
| **Debtor** ) | |

**CONSENT ORDER GRANTING
CONSENT MOTION FOR AMENDED DISCOVERY PLAN**

Upon the Consent Motion for Amended Discovery Plan (the "Motion") filed by the Plaintiff, Paul Gleit, and Debtor, Taylor Madison Francoise Bodine (the "Parties"), by counsel, and it appearing that the Motion should be granted, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Discovery Plan contained in the Initial Scheduling Order (Doc. No. 4 "Scheduling Order") is amended as follows:

    a. The initial disclosures shall be due 30 days after the United States Trustee's Bankruptcy Rule 2004 exam concludes or the Debtor's Answer is filed, whichever is later.

    b. The parties shall make expert witness disclosures required by Fed. R. Civ. P. 26(a)(2), except rebuttal expert witness disclosures, not later than 50 days after

    the United States Trustee's Bankruptcy Rule 2004 exam concludes or the Debtor's Answer is filed, whichever is later. Rebuttal expert witnesses shall be made within 80 days after the United States Trustee's Bankruptcy Rule 2004 exam concludes or the Debtor's Answer is filed, whichever is later.

  c. All discovery shall be concluded within 120 days after the United States Trustee's Bankruptcy Rule 2004 exam concludes or the Debtor's Answer is filed, whichever is later.

  d. Dispositive motions shall be filed within 30 days after the conclusion of discovery.

  e. The length of the trial is to be discussed and determined by the Court and the Parties at a later time.

  f. Dates for filing of the pretrial statement, witness lists, pre-filing of exhibits, the pretrial conference and the trial date shall be set by the Court and the Parties at a later time.

  g. In the event any filing deadline falls on a weekend or Court holiday, the deadline shall be extended to the next business day.

ORDERED, that the discovery plan contained in this Order may be amended by further Order of this Court.

Date: _____, 2021

                                              _____
                                              Hon. Klinette H. Kindred
                                              United States Bankruptcy Judge

                                              Entered on the Docket: _____

I ASK FOR THIS:

/s/ Stephen A. Metz
Stephen Metz, Esq., VB No. 89738
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
*Counsel for Plaintiff*

I ASK FOR THIS:

/s/Stephen E. Leach
Stephen E. Leach (Va. Bar No. 20601)
Hirschler Fleischer, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia  22102
Telephone: (703) 584-8902
Email: sleach@hirschlerlaw.com
*Counsel for Taylor Madison Francois Bodine*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Stephen A. Metz
Stephen A. Metz
4855-8349-9780, v. 1