# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–1 | User: huntingto | Date Created: 11/19/2021 |
| Case: 21–01057–KHK | Form ID: pdford9 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty        Stephen A. Metz        smetz@offitkurman.com
aty        Stephen E. Leach       sleach@hirschlerlaw.com

TOTAL: 2