# EXHIBIT A

DocuSign Envelope ID: 61D4A978-E312-4D15-9F35-0B158E1442C0



# FRANCOIS-BODINE CONSULTING PERSONAL INTRODUCTIONS AGREEMENT

This personal Search Agreement and the separate Non-Disclosure agreement shall be called (this "Agreement") is made and executedthis ___25__ day of___May____ , 2017___ by and between BUONA VITA CO/FRANCOIS- BODINE CONSULTING here after called FB Consulting,and the individual whosename, address and signature are set forth below (the "Client").Client (print) _____Paul Gleit_____

RECITALS:FB Consulting is in the business of providing introductions to individuals to enable them to

meet others for the purpose of entering into a long-term romantic relationship / marriage. NOW, THEREFORE, in consideration of the foregoing and the mutual promises contained herein and in the separate controlling Non Disclosure Agreement, and intending to be legally bound, FB Consulting and the Client agree as follows:

1. Engagement. Client hereby retains and engages FB Consulting's Services for the term set forth below, and FB Consulting hereby accepts such engagement.2. Term. The term of this Agreement shall commence on the date set forth (the "Commencement Date"), and shall expire ___24____months after the Commencement Date. If the client is not matched within one year matchmaker may extend for another 6 months at no cost if the client is amenable and not found a match,

3. Fee. In consideration for FB Consulting Services for the Term, the Client shall pay a $35,000 Consulting/Matchmaking Fee and processing ($490) fees applies. The total due to execute the

PG

PG000000001



agreement is $35,000. This fee encompasses the complete matchmaking fee for an unlimited amount of introductions.

Matchmaking package has been discounted at $4,000

The Process:

*Clients are allowed to exclusively date* person at a time within our firm. Clients are encouraged to freeze their membership in order to pursue a monogamous relationship. This package includes a one month freeze period for matches that Taylor introduces to the client. In order to activate a freeze the client must send written intent via email to the firm. The Client and Taylor will speak bi-weekly to ascertain the client's schedule and to follow up regarding dates. The weekly calls will become biweekly calls once the client is exclusively dating. The Client shall provide Taylor with his/her travel schedule two weeks prior in order to receive introductions in their city of travel.

FB Consulting reserves the right to request a (2) two full body and (2) two head shot pictures of the client. Pictures including other persons will not count unless the matchmaker gives written consent. FB Consulting does reserve the right to request the client get professional photographs.

A match is defined as any introduction the matchmaker presents to the client or any profile the matchmaker presents to the client for their review of eligible persons.

Client shall respond fully and accurately to inquiries by FB Consulting about the Client's background and current status, and hereby gives FB Consulting the right to make all reasonable

DocuSign Envelope ID: 61D4A978-E312-4D15-9F35-0B158E1442C0

investigations with respect thereto.

4. Client's Representations and Conduct. Client represents that he/she is engaging FB Consulting solely to seek a Candidate for a long-term romantic relationship/marriage, and not for any monetary gain or immoral or illegal purpose. In addition, as a client, you agree that: (a) you are solely responsible for your conduct and for the information you provide to FB Consulting or transmit to others. (b) FB Consulting reserves the right, but has no obligation, to monitor disputes between you and others. (c) You will not transmit to other members or employees any defamatory, inaccurate, abusive, profane, offensive, sexually oriented, threatening, harassing, racially offensive, or illegal material or any material that infringes or violates another party's rights. (d) You will not use the Service in a manner inconsistent with applicable laws and regulations. (e) You will not impersonate any person or entity. (f) You will not harvest or collect personal information about other members, whether or not for commercial purposes, without their express consent. (g) Client will not provide any information to the press about their introductions. (h) Client agrees to heed matchmaker's suggestions on attire. (I) Client agrees to be on time for dates and in the event of cancellation 48 hour notice is required. (j) Client agrees to be available for a phone call the day after their date for a consultation with Taylor (k) Male clients will pay for all dates and female clients will refrain from offering to do so.

5. Indemnity by Client. You agree to defend, indemnify, and hold FB Consulting, its officers, directors, employees, agents and representatives, free and harmless from and against any and all losses, penalties, costs, liabilities, claims, demands, settlements and expenses relating to or arising out of your membership. a. Your breach of this Agreement; b. Any breach of your

DocuSign Envelope ID: 61D4A978-E312-4D15-9F35-0B158E1442C0

representations and warranties set forth in this Agreement and/or in the questionnaire/application or in your profile submitted to FB Consulting; c. Any allegation that any materials you supply to FB Consulting infringe or otherwise

violate the copyright, trademark, trade secret or other intellectual

property or other rights of any third party; and/or d. FB

Consulting will conduct background investigations introductions. We will use a tiered system to ascertain the accuracy of statements made by all persons. FB Consulting does represent, warrant or guarantee the accuracy of any statement made by any Candidate, nor shall FB Consulting be liable for any inaccuracy in any description of a Candidate made directly by a candidate. Accordingly, the Client releases FB Consulting from all claims, actions, causes of action, loss and liability resulting directly or indirectly from any and all Introductions, regardless of the reasons therefore, including claims for bodily or personal jury, property damage, monetary loss or other compensatory damages.

6. Matchmaking Services are never refundable unless the matchmaker is unable to match the client for the remainder of their term with the company. Further, if the client is matched successfully before having paid the entire amount he must still pay the remainder to be within good standing of the contract.

7. Should Client relocate his/her permanent residence to a residence more than twenty- five (25) miles away from their initial domicile they must inform FB Consulting in writing with one (1) month notice of moving. FB Consulting shall have the right to create an executive search in the new area of residence. Additional expenses may apply for searches outside the

DocuSign Envelope ID: 61D4A978-E312-4D15-9F35-0B158E1442C0



company service area.

8. Travel. Client states that he/or she is willing to travel to meet with qualified Candidates and recognize that we are a nationally based firm. Per our rules of engagement the male shall be burdened with out of state initial travel.

9. Other Fees. Francois-Bodine Consulting reserves the right to request clients seek image consulting, therapy, date coaching, photography, and services from outside sources all at an additional fee.

*PG* Initial

Name: Paul Gliet

Email : Pgleit@gmail.com

DocuSign Envelope ID: 61D4A978-E312-4D15-9F35-0B158E1442C0

PG000000005