# EXHIBIT B

**Francois-Bodine Consulting**

Francois-Bodine consulting has received a payment via wire today of $49168 from Paul Gleit. He must pay $48918 to be paid via wire to normal account and $32901 to be paid via wire to which is his final payment in lieu of canceled services. We certify by this document that Paul has a 2 year matchmaking contract with us that is unlimited and 30 min date coaching each week as he chooses to use them. Paul Gleit owes no more. There are no more fees, legal obligations, or refunds for services for any reason for any payment made to Francois-Bodine Consulting. Everything from this point forward is Final upon receiving these payments.

Signature Paul  *[DocuSigned by: 7AF6CD1B0275480...]*

November 13, 2017

*[DocuSigned by: 7AF6CD1B0275480...]*

$48918 to be paid to original wire account from previous transactions.
SAME INFO AS BEFORE
$32901 to be paid to separate wire account as follows:
Taylor Francois
Account number 7351964569
Wire transfers 121000248
Bank
Wells Fargo
701 E Market St Leesburg Va 20176