# EXHIBIT C

Paul

Taylor Francois Bodine - PINK
Paul Gleit - YELLOW
Megan - ORANGE

Hi Paul it looks like your final bill owes an additional 4509 where the card was rejected making for total of 37490
She said in the email she told you that she would call the bank to make sure that there were no more charges so you wouldn't be charged anything else she's just asking that you pay the difference so that we can settle this once and for all
I know it wasn't on purpose but the credit card company says it was rejected
Difference is 4509
I see ok
Can you do that. And I will personally send the receipt that says as the co-owner of the company I am sure you that you owe nothing more ever again
Ok, will send it out. That would be great
Ok let me know when it's



iMessage

Paul

Ok let me know when it's complete I will then send the email and CC everyone in the company as well as send it directly to you

I had them send the wire transfer.

After this I'm not going owe anymore. I'll be squared away?

You are 100 square after we receive this because it covers all cc transactions lawyer agrees and can send you a note saying this

Paul can you view email it's Megan by the way taylor is out for the evening

Need your response :-)

We want to send you docusign document that says this amount and this is the conclusion of monetary contention and you have a 2 year term with us with 30 min free coaching each week

I see. Will send it out

iMessage



Paul

I see. Will send it out tomorrow. Don't think that amount was reflected in the email

Good morning Paul. We have the docusign document sent with full instructions and disclosure that this need the financial obligation please sign and send wire this morning.

He says he would need you to pay 49456 to The wire information you usually send it to. And he would need you to pay 17 to the new wire info he sent. We would then go ahead and just wave completely the other 20,000

Please let me know he's asking I get back to him in the next five minutes because Taylor asked him to Wade the 20,000 if you were able to do it this way

Waive

49,456 please use the original

iMessage




Paul

49,456 please use the original wire information
17,000 to new wire information address both to taylor francois
Received docusign please send text when wire complete thank you
Thank you the bank charging us 10k fee from your account
Can you please rectify immediately counsel is asking
I'd like to close this out today for all of us :-)
I'll wire another 10K then
Hi Paul it sent 10 through but bank rejected and sent back to your bank it said transfer error.
Hopefully tomorrow before 10 we can speak and solve this so we can move on :-)
Ok, I had them transfer 17K over to you!
You have paid EVERYTHING will let you know when it clears
Your counsel called me. What's that about?

iMessage

GP

Paul

Your counsel called me. What's that about?
Just spoke to the Counsel that I owe another 22k. Do you know what that's about?
Please see him directly. I'm not sure I don't do accounting.
I send the wire over. Now that'll be it.

This the texts from Taylor

< Mr Gleit thank you for this and we appre...

Mr. Jackson - BLUE

Mr Gleit thank you for this and we appreciate your patience in this as well. I tried to get this removed but was unable to do so. This is my fault I assume once the paperwork of receipt showed this would be good enough but they show that total before fees has been paid but that $15k in fees is due. I am so sorry for this mix up. They allowed me to temporarily remove this until tomorrow. Megan has put down $15k to get it removed. Can this be rectified tomorrow but for your peace of mind it has been removed today.

No problem Paul. Did you see the above text?

Yes I did

Thank you! And have a nice thanksgiving!

Sorry it needs a response can you view it again.

I sent it at 7:04

I hope you have a nice thanksgiving too!

I need to send another 15K

Tomorrow? Correct?

Yes for the fees but we have has judgment vacated he is simply waiting on that receipt. Please send when you can tomorrow morning. I trust you will do this. Happy Thanksgiving and thank you for your help !

Yes, will do. I understand. Misread it before. Thank you

Mr Gleit thank you for this and we appre...

No problem Mr. Gleit I am reviewing this tonight and will call in morning to ensure we have the final amount correct.

Will send the 15K tomorrow in the morning!

Mr Gleit please call before sending. We conducted review of this and there is a little error.

I tried calling before. I guess it was too early?

Thank you for handling this! Paperwork is complete will send upon payment receipt. Everyone is satisfied!

Sure thing. Will send

Thank you I'm thrilled to get this case off my plate !

As long as it is before 4pm we will be good

Ok, and then that'll be it?

I sent it out. This is the last one I'm sending out. I've sent too much $ out already.

Will text you when it goes through!

Please send your email for the conclusory document.

Pgleit@gmail.com

It will be out today.

There saying around 4:00.

They have a lot of volume so it could be a little after 4:00.

No problem I sent you closure documents

It just went through

< Mr Gleit thank you for this and we appre...

Thank you document sent. Happy Thanksgiving thank you for solving this!

Sure, and happy thanksgiving to you as well!

Thank you and enjoy your family! I appreciated your cooperation this week!

Please call before 1pm if it is possible

I lost you on this call. Quick version is pribcipal has been paid in full. The interest for late charges has not and I am not able to get conclusory paperwork until then. I was trying to handle this today before a senior person comes in. The interest is 28.5kfor last 7 months

I'm hoping we can resolve this so we can get conclusory paperwork for Interest.

This woman leaves at 3pm hoping to finish this by then if you can.

Paul I tried to call you. Okay I spoke with your matchmaker and she says that you want to get a refund of what you have paid and litigate this. Is this correct? I must know before 3pm

Your matchmaker absorbed $17k of the fees

I'm not asking for a refund and no I do not want to litigate this!

So this means I owe 11.5K? Is that correct?

Incorrect sir. You owe $28.5 after she absorbed $17

Litigate may be best for you

Oh. I see. If I send 28.5K that'll be it?

Mr Gleit thank you for this and we appre...

I'm not asking for a refund and no I do not want to litigate this!

So this means I owe 11.5K? Is that correct?

Incorrect sir. You owe $28.5 after she absorbed $17

Litigate may be best for you

Oh, I see. If I send 28.5K that'll be it?

I don't want to be sending any more than that

Yes but would need to be done before 3 so I may get conclusory document on fees

I understand and you will owe no more either

It is time sensitive and she is not available tomorrow please advise.

She helped reduce this

I understand but I am away on business till tomorrow and have very limited access to internet and WiFi

Ok

Sir we have to go ahead with the refund and filing. I mentioned we needed this cleared this morning.

I just got bank from my business truly

Trip

Will send out the wire today and you will receive by 3:00

Sorry

Pocket dial a min ago. Sorry

We will receive this wire by 3:00? Was it sent in

Paul

We will receive this wire by 3:00?
Was it sent in its entirety?
It was sent in its entirety yes! I sent it around 10:30. They're saying within the next hour that you should receive it. I did inform this to Taylor/Megan.
Sorry about yesterday. I had a business trip in Colorado and had very limited WiFi and could not have this sent until today!
Ok
Megan will send full receipt and full refund via check you should receive in few days.
We file tomorrow. Thank you for your time
What's the issue? I sent the 28.5K like you asked.
What refund?
We would like to refund your fee and part ways
Megan has reviewed and sees her error. They have decided to work with you and ok no longer involved. Please contact taylor

iMessage