IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re:* <br><br> TAYLOR MADISON FRANCOIS BODINE, <br><br> Debtor. | Case No. 21-11238-KHK <br><br> Chapter 7 |
| PAUL GLEIT, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR MADISON FRANCOIS BODINE, <br><br> Defendant. | Adv. Proc. No. 21-01057-KHK |

**ORDER DISMISSING COMPLAINT**

This proceeding came before the Court on December 7, 2021, for hearing (the "Hearing") on *Debtor's Motion to Dismiss the Complaint* (the "Motion") [Docket No. 6] filed by the debtor/defendant Taylor Madison Francois Bodine, and the *Opposition to Motion to Dismiss the Complaint* (the "Opposition") [Docket No. 10] filed by plaintiff Paul Gleit, and the Court having considered the Motion, the Opposition, the arguments of counsel at the Hearing, and the record of this proceeding, and the Court having determined for the reasons stated from the bench at the Hearing that the Complaint [Docket No. 1] does not satisfy the requirements of Federal Rule of

Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 946-1365
sleach@hirschlerlaw.com
*Counsel for Taylor Madison Francois Bodine*

Civil Procedure 9(b) made applicable in this proceeding by Federal Rule of Bankruptcy Procedure 7009, it is hereby

ORDERED, that the Motion is Granted and the Opposition is Overruled; and it is further

ORDERED, that the Complaint is dismissed; and it is further

ORDERED, that plaintiff Paul Gleit shall have to and including January 10, 2022 to file and serve an amended complaint should he choose to do so; and it is further

ORDERED, that debtor/defendant Taylor Madison Francois Bodine shall have 21 days from service of an amended complaint to file and serve an answer or other response thereto.

Dec 14 2021

/s/ Klinette H Kindred
Honorable Klinette H. Kindred, United States Bankruptcy Judge

Entered on Docket  Dec 14 2021

We ask for this:

/s/ Stephen E. Leach
Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8902
Email: sleach@hirschlerlaw.com
*Counsel for Defendant Taylor Madison Francois Bodine*

Seen and objected to:

/s/ Stephen Metz_____ (Signature affixed with permission)
Stephen Metz (Va. Bar No. 89738)
OFFIT KURMAN, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone:    (240) 507-1723
Email: smetz@offitkurman.com
*Counsel for Paul Gleit*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that this form of order has been endorsed by or served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C)

/s/ *Stephen E. Leach*
Stephen E. Leach

13539908.1 045740.00001