**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0422−1 | User: palaciosl | Date Created: 12/14/2021 |
| Case: 21−01057−KHK | Form ID: pdford6 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Stephen A. Metz    smetz@offitkurman.com
aty    Stephen E. Leach    sleach@hirschlerlaw.com

TOTAL: 2