**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | **Case No. 21-11238-KHK** |
| | ) | **(Chapter 7)** |
| **Debtor** | ) | |
| _____ | ) | |
| | ) | |
| **PAUL GLEIT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No. 21-01057-KHK** |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I filed a true and correct copy of the Amended Complaint with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send a notification of electronic filing to all registered ECF users appearing in this adversary proceeding and to the following via regular U.S. Mail, postage prepaid:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor/Defendant*

Stephen E. Leach, Esq.
Hirschler Fleischer, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
*Counsel for Defendant*

Date: January 10, 2022							Respectfully submitted,

                                                          **OFFIT KURMAN, P.A.**

By:   /s/ Stephen A. Metz
        Stephen A. Metz (VSB 89738)
        7501 Wisconsin Avenue, Suite 1000W
        Bethesda, Maryland 20814
        TEL:   (240) 507-1723
        FAX:   (240) 507-1735
        Email: smetz@offitkurman.com
        *Counsel for Plaintiff*

4872-5782-3753, v. 1