IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | Case No. 21-11238-KHK |
| TAYLOR MADISON FRANCOIS BODINE, | ) ) ) | |
| | ) | Chapter 7 |
| Debtor. | ) ) | |
| PAUL GLEIT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 21-01057-KHK |
| TAYLOR MADISON FRANCOIS BODINE, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND CONSENT ORDER EXTENDING THE TIME BY WHICH DEFENDANT MAY FILE AND SERVE A TIMELY RESPONSE TO THE AMENDED COMPLAINT**

In light of Defendant's waiver of discharge under section 727 of the United States Bankruptcy Code (the "Waiver") [Main Case Dkt. No. 38-2], and the Court's order (the "Waiver Order") [Main Case Dkt. No. 40] approving the Waiver, and to allow the Waiver Order to become final and no longer subject to appeal pending further action by the parties to this proceeding in response to the Waiver, Defendant and Plaintiff Paul Gleit hereby stipulate and agree that Defendant shall have an extension of time, from Monday, January 31, 2022 to and

Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 946-1365
sleach@hirschlerlaw.com
*Counsel for Taylor Madison Francois Bodine*

including Monday, February 14, 2022, by which Defendant may file and serve a timely response to the Amended Complaint [Dkt. No. 13] in this adversary proceeding.

Respectfully submitted,

/s/ Stephen E. Leach
Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8902
Email: sleach@hirschlerlaw.com
*Counsel for Taylor Madison Francois Bodine*

/s/ Stephen Metz        (Signature affixed with permission)
Stephen Metz (Va. Bar No. 89738)
OFFIT KURMAN, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
Telephone:    (240) 507-1723
Email: smetz@offitkurman.com
*Counsel for Paul Gleit*

SO ORDERED this _____ day of January ___, 2022.

Jan 25 2022

/s/ Klinette H Kindred
HONORABLE KLINETTE H. KINDRED
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jan 25 2022

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November ___, 2021, I filed a true and correct copy of the foregoing Stipulation and (proposed) Consent Order with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all registered ECF users appearing in this adversary proceeding.

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)

14513007.1  046819.00001