# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422−1 | User: palaciosl | Date Created: 1/25/2022 |
| Case: 21−01057−KHK | Form ID: pdford9 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Stephen A. Metz     smetz@offitkurman.com
aty     Stephen E. Leach     sleach@hirschlerlaw.com

TOTAL: 2