# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| *In re:* | |
| TAYLOR MADISON FRANCOIS BODINE, | Case No. 21-11238-KHK |
| | Chapter 7 |
| Debtor. | |
| | |
| PAUL GLEIT, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-01057-KHK |
| TAYLOR MADISON FRANCOIS BODINE, | |
| Defendant. | |

## CONSENT ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Paul Gleit ("Gleit") having filed his Complaint to Determine Dischargeability of Debt Owed to Paul Gleit (the "Complaint") [A.P. Docket No. 1] commencing this above-captioned adversary proceeding (the "Adversary Proceeding") on October 1, 2021; Taylor Madison Francois Bodine (the "Debtor") having moved to dismiss the Complaint [A.P. Docket No. 6] on November 3, 2021; the Court having dismissed the Complaint without prejudice by Order entered December 14, 2021 [A.P. Docket No. 12]; Gleit having filed a timely Amended Complaint [A.P. Docket No. 13] on January 10, 2022; the Debtor having executed an agreement with the Acting United States

---

Stephen E. Leach (VSB No. 20601)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8900
Email:          sleach@hirschlerlaw.com

*Counsel for Taylor Madison Francois Bodine.*

Trustee on January 18, 2022, to waive her discharge of debts under 11 U.S.C. § 727 [Main Case Docket No. 38-2]; and the Court having approved the Debtor's waiver of her discharge by Order entered January 20, 2022 [Main Case Docket No. 40] (the "Waiver Order"); and it appearing to the Court that the relief requested in this Consent Order is appropriate in light of the aforesaid circumstances; it is hereby

**ORDERED**, that this Adversary Proceeding is dismissed without prejudice, each party to bear its own costs and attorneys' fees; and it is further

**ORDERED**, that the provisions of 11 U.S.C. § 362(c)(2)(C) are deemed to apply in Defendant's bankruptcy case, and the stay under 11 U.S.C. § 362(a) was removed effective upon the entry of the Waiver Order, which confirmed the Defendant is denied a discharge in Defendant's above-captioned bankruptcy case; and it is further

**ORDERED**, that Plaintiff shall be permitted to seek to vacate this Consent Order and to resume the litigation in this adversary proceeding in the event Defendant seeks to vacate the Waiver Order, and if the Waiver Order is vacated for any reason.

Date:  February ____, 2022

SO ORDERED this ___ day of _____, 2022

Feb 7 2022

/s/ Klinette H Kindred
_____
HONORABLE KLINETTE H. KINDRED
United States Bankruptcy Judge

Entered On Docket: Feb 7 2022

2

| WE CONSENT | WE CONSENT |
|---|---|
| */s/ Stephen E. Leach* | */s/ Stephen Metz* (with permission) |
| Stephen E. Leach (VSB No. 20601) | Stephen Metz (Va. Bar No. 89738) |
| HIRSCHLER FLEISCHER, PC | OFFIT KURMAN, P.A. |
| 8270 Greensboro Drive, Suite 700 | 7501 Wisconsin Avenue, Suite 1000W |
| Tysons, Virginia 22102 | Bethesda, Maryland 20814 |
| Telephone: (703) 584-8902 | Telephone: (240) 507-1723 |
| Email: sleach@hirschlerlaw.com | Email: smetz@offitkurman.com |
| *Counsel for Taylor Madison Francois Bodine* | *Counsel for Paul Gleit* |

4875-6370-4842, v. 2

3