# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–1 | User: palaciosl | Date Created: 2/7/2022 |
| Case: 21–01057–KHK | Form ID: pdford9 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Stephen A. Metz | smetz@offitkurman.com |
| aty | Stephen E. Leach | sleach@hirschlerlaw.com |

TOTAL: 2